IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01342-PSF-CBS

LUCY QUINTANA,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Defendant's Motion for Leave to File an Amended Declaration In Support of Its Response to Plaintiff's Motion for Summary Judgment (Dkt. # 43) is GRANTED. It is hereby

    ORDERED that the Declaration of Deborah Kupecz (Dkt. # 43-2) attached to the motion is accepted as filed.

DATED:  May 21, 2007