# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 06-cv-01342-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: January 31, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| LUCY QUINTANA, | Lee A. Berish, via telephone |
| **Plaintiff,** | |
| v. | |
| UNITED STATES OF AMERICA, | Amy L. Padden, via telephone |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTIONS HEARING
**Court in Session:** 9:20 a.m.
Court calls case. Appearances of counsel.

**ORDERED:** The Motion for Leave to File Amended Pretrial Order and an Extension of the Deadline to Exchange Exhibits [filed January 17, 2008; doc. 68] is granted for the reasons stated on the record. The parties shall submit an amended proposed final pretrial order by February 15, 2008.

HEARING CONCLUDED.

**Court in recess:** 9:26 a.m.
Total time in court: 00:06