**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-01342-REB-CBS

LUCY QUINTANA,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the parties' **Stipulation of Dismissal** [#83] filed July 15, 2008. After careful review of the stipulation and the file, I have concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** [#83] filed July 15, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for July 18, 2008, is **VACATED**;

3. That the trial to the court set to commence July 21, 2008, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 16, 2008, at Denver, Colorado.

                              **BY THE COURT:**

                              **s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge**